Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>               Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>               Defendants. | Case No.: 2:21-CV-00383-KJD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

      COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff Wells Fargo Bank, National Association ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On March 5, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 7, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Ticor Agency's response to Wells Fargo's complaint is currently due on April 13, 2021, while Chicago Title's response is due on April 15, 2021;

4. Counsel for Defendants request a 35-day extension for Chicago Title (37 days for Ticor Agency) through and including Thursday, May 20, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Thursday, May 20, 2021.

Dated: April 12, 2021                    SINCLAIR BRAUN LLP


By: */s/-Kevin S. Sinclair*
   KEVIN S. SINCLAIR
   Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY
   and TICOR TITLE OF NEVADA, INC.

Dated: April 12, 2021                    WRIGHT FINLAY & ZAK, LLP


By: */s/-Lindsay D. Robbins*
   LINDSAY D. ROBBINS
   Attorneys for Plaintiff
   WELLS FARGO BANK, NATIONAL
   ASSOCIATION

**IT IS SO ORDERED.**

Dated this 12th day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**