Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00383-KJD-EJY<br><br>**ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 6] AND MOTION FOR FEES AND COSTS [ECF No. 7]**<br><br>**(Second Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

616048.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Wells Fargo Bank, National Association ("Wells Fargo") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 5, 2021, Wells Fargo filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830602-C [ECF No. 1-1];
2. On March 7, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On April. 6, 2021, Wells Fargo filed a Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7];
4. Chicago Title's deadline to respond to Wells Fargo's Motion for Remand and Motion for Costs and Fees was initially April 20, 2021;
5. On April 21, 2021, the Court granted the Parties' stipulation extending Chicago Title's deadline to respond to the Motion for Remand and Motion for Fees and Costs to May 20, 2021;
6. Chicago Title's counsel is requesting an extension until June 18, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Wells Fargo's motions;
8. Wells Fargo does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

///
///
///
///
///
///

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Wells Fargo's Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7] is hereby extended through and including June 18, 2021.

Dated: May 14, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: May 14, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: May 14, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
LINDSAY D. ROBBINS
Attorneys for Plaintiff WELLS FARGO BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: 5/17/2021

By: _____
UNITED STATES DISTRICT COURT JUDGE

