Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO
TITLE INSURANCE COMPANY and TICOR TITLE OF
NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>          Plaintiff,<br><br>    vs.<br><br>FIDELITY NATIONAL TITLE GROUP,<br>INC. et al.,<br><br>          Defendants. | Case No.: 2:21-CV-00383-KJD-EJY<br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO RESPOND TO<br>COMPLAINT (ECF No. 1)**<br><br>**THIRD REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title

Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency")

(collectively "Defendants") and plaintiff Wells Fargo Bank, National Association ("Wells

Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

follows:

     1.     On March 5, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

     2.     On March 7, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

     3.     On April 12, 2021, the Court granted the parties' first stipulation for an extension of time to respond to the complaint (ECF No. 9);

     4.     On May 20, 2021, the Court granted the parties' second stipulation for an extension of time to respond to the complaint (ECF No. 18);

     5.     Counsel for Defendants request a two-week extension, through and including Thursday, June 17, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

     6.     Counsel for Wells Fargo does not oppose the requested extension;

     7.     This is the third request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

     8.     This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//

//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1       **IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the

2  complaint are hereby extended through and including Thursday, June 17, 2021.

3  Dated:  May 26, 2021                    SINCLAIR BRAUN LLP

4

5                                          By:   */s/-Kevin S. Sinclair*

6                                               KEVIN S. SINCLAIR
   Attorneys for Defendants

7                                             FIDELITY NATIONAL TITLE GROUP,
   INC., CHICAGO TITLE INSURANCE

8                                             COMPANY and TICOR TITLE OF
   NEVADA, INC.

9  Dated:  May 26, 2021                    WRIGHT FINLAY & ZAK, LLP

10

11                                          By:   */s/-Darren T. Brenner*

12                                             DARREN T. BRENNER
   Attorneys for Plaintiff

13                                             WELLS FARGO BANK, NATIONAL
   ASSOCIATION

14  **IT IS SO ORDERED.**

15        Dated this 27th day of May, 2021.

16

17

18  ELAYNA J. YOUCHAH
   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

