WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-11*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00383-KJD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF No. 29-31]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-11 ("Wells Fargo Trustee") and Specially-Appearing Defendant Fidelity National Title Group, Inc., ("FNTG") and Defendants Chicago Title Insurance Company ("CTIC") and Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 5, 2021, Wells Fargo Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-830602-C [ECF No. 1-1];

2. On March 7, 2021, CTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On June 15, 2021, Defendants filed their respective Motions to Dismiss [ECF No. 29-31];

4. Wells Fargo Trustee's deadline to respond to Defendants' Motions to Dismiss is currently June 29, 2021;

5. Wells Fargo Trustee's counsel is requesting a brief 14-day extension until Tuesday, July 13, 2021, to file its responses to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for Wells Fargo Trustee additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-11*

DATED this 28th day of June, 2021.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this  30th  day of    June       , 2021.

_____
UNITED STATES DISTRICT JUDGE